JANE A. BADMAN *v.* JOHN BADMAN, JR.

*John Badman, Jr.*, pro se, in support of the petition.

Decided September 13, 2001

STATE OF CONNECTICUT *v.* RAYMOND SMITH

The defendant's petition for certification for appeal from the Appellate Court, 63 Conn. App. 228 (AC 19143), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*John A. Keyes*, in support of the petition.

*Denise B. Smoker*, assistant state's attorney, in opposition.

Decided September 13, 2001

STATE OF CONNECTICUT *v.* RAYMOND SMITH

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 63 Conn. App. 228 (AC 19143), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Denise B. Smoker*, assistant state's attorney, in support of the petition.

*John A. Keyes*, in opposition.

Decided September 13, 2001